UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBORAH FLETCHER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0313 (ESH) |
| ) | |
| **SOCIAL SECURITY ADMINISTRATION,** ) | |
| ) | |
| Defendant. ) | |

## ORDER TO SHOW CAUSE

On February 25, 2008, plaintiff filed this action against the Social Security Administration, providing two different addresses and telephone numbers for herself. On May 27, 2008, defendant sought an extension of time to respond to the complaint explaining that a response depends on a review of the administrative record in this case, and that determining the correct administrative record requires plaintiff's social security number as a unique identifier. Counsel for defendant stated that he had tried repeatedly, to no avail, to contact plaintiff by telephone at both numbers provided, and to elicit a response to letters mailed to both addresses provided. On July 25, 2008, defendant sought an additional extension of time for exactly the same reason, having again attempted and failed to make contact with plaintiff or elicit a response to mailed communications.

Plaintiff is under obligation to provide to the clerk of court within 10 days a notice of any change of address. *See* Local Civil Rule 11.1. It appears that plaintiff has not complied with this rule. Accordingly it is hereby

ORDERED that plaintiff shall by August 11, 2008, submit to the clerk of court a written

- 2 -

statement of plaintiff's current mailing address and telephone number, and provide to opposing counsel plaintiff's social security number.  Failure to respond to this Order to Show Cause within the time allowed may result in the complaint being dismissed for want of prosecution.

                                                            /s/
                                       ELLEN SEGAL HUVELLE
                                       United States District Judge

Dated: July 28, 2008